IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **CITY OF SHAWNEE, KANSAS,** | ) | |
| A Municipal Corporation, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **D. F. FREEMAN CONTRACTORS, INC.,** | ) | |
| A Kansas Corporation, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 06-2389-GLR |
| | ) | |
| **ARGONAUT INSURANCE COMPANY,** | ) | |
| A California corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF CITY OF SHAWNEE'S MOTION TO
ALTER OR AMEND THE JUDGMENT PURSUANT TO
<u>RULE 59 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>**

The Plaintiff, the City of Shawnee, Kansas, moves the court pursuant to Fed. R. Civ. P. 59 to open the judgment entered on March 28, 2008, and to amend the findings of fact or conclusions of law and/or to make new findings and conclusions and to direct the entry of a new judgment in favor of the City on its Motion for Summary Judgment and against the Defendant Argonaut Insurance Company on its Cross-Motion for Summary Judgment. In support of this Motion, the City shows to the court that:

1. The judgment was entered pursuant to the court's Memorandum and Order of the same date wherein the court denied the Motion of the Plaintiff City and sustained the Cross-Motion of Defendant for Summary Judgment that Argonaut had no duty under

its policy to defend the City on any claims asserted in the First Amended Petition by D.F. Freeman Contractors, Inc., against the City of Shawnee, Kansas (the Freeman Suit).

    2.    In Section A of the Discussion and Analysis the court determined it could not find that the claim for negligent misrepresentation contained in the Freeman Suit was a "claim flowing from or originating out of a breach of contract" within the meaning of Exclusion B.5 of the policy issued by the Defendant and the Defendant would have the duty to defend against the Freeman Suit "unless the policy otherwise negates coverage for some other reason."

    3.    Under Section B of the Discussion and Analysis the court determined the Freeman Suit was not a claim "flowing from or originating out of … faulty preparation of bid specifications" within the meaning of Exclusion B.6 of the policy and Defendant had a duty to defend the Freeman Suit unless such duty was negated by other provisions of the policy.

    4.    In Section C of the Discussion and Analysis the court determined that the communications between Freeman and the City prior to January 1, 2006, constituted a "written claim for 'damages' first made against the insured City before the policy period" and therefore "there is no insurance for the claim." (Memorandum & Order p. 27) The City respectfully asks that the court reconsider this determination.

    5.    In Section D of the Discussion and Analysis the court, reasoning similar to Section C, concluded:

> "… that the City prior to January 1, 2006, … had a reasonable basis to believe the wrongful act described in Freeman's Petition, i.e., that the City falsely represented to Freeman that utility lines would be properly relocated by the date ***set forth in the bid documents***, might result in a claim or suit under the insurance policy. As such, Exclusion B.2 … bars coverage of Freeman's claim for negligent misrepresentation." (Emphasis added.) (Memorandum & Order p. 30)

The City respectfully urges the court to further consider and to alter or amend the conclusions set forth in Sections C and D for the reason that the communication referred to do not support the determination that the City had a reasonable basis for knowing prior to January 1, 2006, that there were allegations of a wrongful act that would result in a suit against the City that would be covered by the insurance policy.

The City submits herewith its Memorandum in Support of the Plaintiff City of Shawnee's Motion to Alter or Amend the Judgment entered on March 28, 2008.

## REQUEST FOR ORAL ARGUMENT

The City requests Oral Argument on its Motion to Alter or Amend the Judgment Pursuant to Rule 59 of the Fed. R. of Civ. P.

Respectfully Submitted by:

RAINEY & RAINEY

By: s/Marvin E. Rainey
    Marvin E. Rainey      #05538
    Commerce Plaza II
    7400 W. 110th St., Ste. 600
    Overland Park, KS 66210
    913-722-6106 (phone)
    913-789-7352 (fax)
    e-mail: mrainey-rainey@sbcglobal.net
    Attorney for Plaintiff City of Shawnee, Kansas

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2008, I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Steve Miller, Esq.
MILLER LAW FIRM
4310 Madison Ave.
Kansas City, Missouri 64111
Telephone:  (816) 531-0755
Facsimile:    (816) 561-6361
*Attorney for Plaintiff D.F. Freeman Contractors, Inc.*

E. Wayne Taff
Merry M. Tucker
SHERMAN TAFF BANGERT THOMAS & CORONADO, P.C.
2890 City Center Square
1100 Main Street
P.O. Box 26530
Kansas City, Missouri 64196
Telephone:  (816) 471-6900
Facsimile:    (816) 471-6642
*Attorneys for Defendant Argonaut Insurance Company*

                                              s/Marvin E. Rainey_____
                                              Attorney for Plaintiff City of Shawnee