IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CITY OF SHAWNEE, KANSAS, a | ) | |
| Municipal Corporation, and D.F. | ) | |
| FREEMAN CONTRACTORS, INC., a | ) | |
| Kansas corporation, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 06-2389-GLR |
| | ) | |
| ARGONAUT INSURANCE COMPANY, | ) | |
| a California corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**REPLY TO PLAINTIFF CITY OF SHAWNEE'S RESPONSE IN OPPPOSITION TO
DEFENDANT'S MOTION TO STRIKE AND MEMORANDUM IN SUPPORT AND/OR
RESPONSE IN OPPOSITION TO PLAINTIFF CITY OF SHAWNEE'S MOTION TO
ALTER OR AMEND THE JUDGMENT PURSUANT TO RULE 59
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

In response to defendant's Motion, plaintiff claims it had ten (10) days to file the 59(e)

Motion plus three (3) additional days pursuant to Rule 6(d).  Presumably plaintiff meant to allege

entitlement to three additional days pursuant to Rule 6(e) rather than 6(d), since Rule 6(d)

addresses Affidavits.  Nevertheless, plaintiff is mistaken.

In *Parker v. Board of Public Utilities of Kansas City, Kansas*, 77 F.3d 1289 (10th Cir.

1996), the issue was whether a Rule 59(e) Motion was timely when it was filed thirteen days

after entry of summary judgment and whether the court had jurisdiction to hear an appeal.

Plaintiff claimed the Motion was timely given the three additional days pursuant to Rule 6(e).

The Court noted "the ten-day period specified in Rule 59(e) is triggered by entry of judgment,

not by serve of notice or other paper as contemplated by Rule 6(e).  Further, Rule 6(b) prohibits a

court from extending the time for taking any action under Rule 59(e)."  *Id.* at 1291.

{00160367.DOC; 1}

Additionally, the Court noted that while it had not previously addressed this specific issue, "we now hold that the three-day mail provision of Rule 6(e) is not applicable to a motion pursuant to Rule 59(e) and does not extend the ten-day time period under that rule." *Id.* As such, the Court found the appeal was untimely and dismissed for lack of jurisdiction. This holding was later cited in *Heffington v. Sedgwick County District Court*, No. 05-3372, 2007 U.S. App. LEXIS 2077 (10th Cir. 2007) wherein the court again noted that the three additional days pursuant to Rule 6(e) does not apply to Rule 59(e) Motions.

Applying this reasoning to the present case, the Court lacks jurisdiction to consider plaintiff's Rule 59(e) Motion. The Court entered its Memorandum and Order of summary judgment on Friday, March 28, 2008 and judgment was entered that day. Plaintiff's Motion had to be filed no later than ten (10) days thereafter. Plaintiff's filing deadline was Friday, April 11, 2008. Plaintiff's Motion was not filed until Monday, April 14, 2008. It was untimely. Rule 6(b) establishes the time for filing a Rule 59(e) Motion cannot be extended. As such, the Court lacks jurisdiction and the Motion should be stricken.

WHEREFORE, defendant, Argonaut Insurance Company, prays the Court strike plaintiff's Rule 59(e) Motion as it is untimely and the Court lacks jurisdiction to consider the Motion, and for such further and different relief as the Court deems appropriate.

Respectfully submitted,

SHERMAN TAFF BANGERT
  THOMAS & CORONADO, P.C.


By:/s/ Merry M. Tucker
    E. Wayne Taff           USDC No. 70588
    Merry M. Tucker        KBN 19972
    2890 City Center Square
    1100 Main Street
    P.O. Box 26530
    Kansas City, Missouri 64196
    Telephone: (816) 471-6900
    Facsimile:  (816) 471-6642
              (816) 474-7346
    Email: ewt@stb-law.com
             mmt@stb-law.com

ATTORNEYS FOR DEFENDANT
ARGONAUT INSURANCE COMPANY

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of May, 2008, I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Marvin E. Rainey, Esq.
M. Ellis Rainey, II, Esq.
RAINEY & RAINEY
7400 West 110th Street, Suite 600
Overland Park, Kansas 66210
Telephone: (913) 722-6106
Facsimile: (913) 789-7352
Email: mrainey-rainey@sbcglobal.net
*Attorneys for Plaintiff City of Shawnee, Kansas*

Melissa C. Hasso, Esq.
5900 Nieman Road, Suite 200
Shawnee, Kansas 66203
Telephone: (913) 962-8800
Facsimile:  (913) 962-8801
Email: melissahasso@sbcglobal.net
*Attorney for Plaintiff City of Shawnee, Kansas*

Stephen R. Miller, Esq.
Danne W. Webb, Esq.
Scott H. Murphy, Esq.
MILLER LAW FIRM, P.C.
4310 Madison
Kansas City, Missouri 64111
Telephone: (816) 531-0755
Facsimile:  (816) 561-6361
Email: smiller@mlfkc.com
        dwebb@mlfkc.com
        smurphy@mlfkc.com
*Attorneys    for    Plaintiff    D.F.    Freeman Contractors, Inc.*

/s/ Merry M. Tucker
Attorney for Defendant